AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court
WESTERN DISTRICT OF WASHINGTON

DENISE BARNES and PETER BARNES

v.

CITY OF MILTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5034FDB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The City of Milton's Motion for Summary Judgment [Dkt. #13] is **GRANTED** and Plaintiffs' claims dismissed with prejudice as a matter of law.

October 15, 2009
Date

BRUCE RIFKIN
Clerk

*s/CM Gonzalez*
Deputy Clerk